IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JAMES EARL HAWTHORNE,**
   **Plaintiff,**

vs.            Case No. 3:08cv154/MCR/MD

**BAPTIST HOSPITAL, INC.,**
   **Defendant.**

_____

**O R D E R**

   This case is before the court upon plaintiff filing a complaint pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17; the Age Discrimination in Employment Act of 1967, as codified 29 U.S.C. §§ 621-634; and the Americans with Disabilities Act, as codified 42 U.S.C. § 12112. (Doc. 1). The filing fee has been paid. Plaintiff is informed that it is his responsibility to formally serve the complaint so that the defendant may be given an opportunity to respond to plaintiff's allegations. The clerk shall be directed to issue summons so that plaintiff may effect service.

   In light of plaintiff's *pro se* status, the court will provide plaintiff with information concerning service. Federal Rule of Civil Procedure 4 governs service of process in federal civil actions, and in addition to reading this order, plaintiff should review the Rule in its entirety. Plaintiff may attempt to obtain a waiver of service from the defendant pursuant to Rule 4(d). In the alternative, Rule 4(h) specifically governs service on corporations and unincorporated associations that are subject to suit under a common name and from which a waiver of service has not been obtained and filed. Rule 4(h)(1) provides that service shall be effected in the manner prescribed for individuals by subdivision (e)(1), or by delivering a copy of the summons and of the complaint to an

officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process, and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant.  Rule 4(e)(1) governing service upon individuals provides that service may be effectuated pursuant to the law of the state in which the district court is located, or in which service is effected.  Plaintiff is further informed that he must serve the summons and complaint or obtain a waiver of service within 120 days, or the cause may be dismissed.  *See* FED.R.CIV.P. 4(m).

Accordingly, it is ORDERED:

1.  The clerk of court shall forthwith issue a summons for the defendant and deliver the summons to plaintiff, who shall be responsible for prompt service of the summons and complaint.

2.  After a response to the complaint has been filed by the defendant, the plaintiff shall be required to mail to the attorney for defendant a copy of every pleading or other paper submitted by her for consideration by the court.  The plaintiff shall include with the original paper to be filed with the clerk of court a "certificate of service" which states the date a correct copy of the paper was mailed to the defendant or to the attorney representing the defendant.  Any paper submitted for filing after a response to the complaint has been filed by the defendant which does not contain a "certificate of service" shall be returned by the clerk and disregarded by the court.

3.  In accordance with 28 U.S.C. § 636(c)(2), the clerk shall forward to the plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it.  If plaintiff wishes to consent she should sign the form and forward it to counsel for defendant, who shall return it to the clerk only if defendant consents.

DONE AND ORDERED this 17th day of April, 2008.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 3:08cv154/MCR/MD*