## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**JAMES EARL HAWTHORNE,**
   **Plaintiff,**

**vs.**         **Case No. 3:08cv154/MCR/MD**

**BAPTIST HOSPITAL, INC.,**
   **Defendant.**

---

## O R D E R

   This cause is before the court upon plaintiff filing a motion to amend complaint (doc. 25) and proposed amended complaint (doc. 26).  Because both documents are deficient, the motion to amend will be denied without prejudice, and the proposed amended complaint shall not take effect.

   As plaintiff was advised previously, Rule 7.1(B) of this court's Local Rules provides: "Counsel for the moving party, or a party who proceeds *pro se*, shall confer with counsel for the opposing party and shall file with the court, **at the time of filing a motion**, a statement certifying that  . . . the *pro se* party has conferred with counsel fo the opposing party in a good faith effort to resolve by agreement the issues raised or has attempted to so confer but, for good cause stated, was unsuccessful."   N.D. Fla. Loc. R. 7.1(B). Plaintiff's motion to amend includes no Rule 7.1(B) conference statement, and will therefore be denied without prejudice with leave given to re-file after correcting this deficiency.

   With regard to plaintiff's proposed amended complaint, the complaint is unsigned does not contain a signature block, and is not on the court form.  The rules of court require that every pleading be signed and contain a signature block including the signer's address

and telephone number.  *See* Fed. R. Civ. P. 11; N.D. Fla. Loc. R. 5.1(B)(5).  The Local Rules of this court further provide that no civil action commenced by *pro se* litigants under 42 U.S.C. § 1983 or 2000e (Title VII) shall be considered by the court unless the appropriate court form has been properly completed, signed, and filed by the litigant.  N.D. Fla. Loc. R. 5.1(J).

Accordingly, it is ORDERED:

1.  Plaintiff's motion to amend complaint (doc. 25) is DENIED WITHOUT PREJUDICE with leave given to re-file after correction of the above deficiency.

2.  Plaintiff's proposed amended complaint (doc. 26) and exhibits shall not take effect or be considered.

3.  The clerk shall forward to plaintiff a Title VII complaint form.  This case number shall be written on the form.  Plaintiff is advised that any amended complaint must be submitted on the court form and must be filed in its entirety with all of the amendments incorporated therein.  Matters not set forth in the amended pleading are deemed to have been abandoned.  N.D. Fla. Loc. R. 15.1.

DONE AND ORDERED this 18th day of August, 2008.


/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**