**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JAMES EARL HAWTHORNE,**
       **Plaintiff,**

vs.                                                                  **Case No: 3:08cv154/MCR/MD**

**BAPTIST HOSPITAL, INC.,**
       **Defendant.**

---

### ORDER

This cause is before the court upon referral by the clerk. On August 13, 2008 this court entered an initial scheduling order. (Doc. 20). The order required a conference of the parties and the filing of a joint report pursuant to Fed.R.Civ.P. 26(f). The order specifically provided: "The plaintiff shall initiate arrangements for the conference and filing of the report, but the Court shall hold all parties equally responsible for insuring that the conference is held and the report filed as required. If the parties are unable to agree, each party's position shall be set out in the filed joint report." (Doc. 20, p. 2).

Thereafter, on September 26, 2008 defendant Baptist Hospital filed its own Rule 26 report on behalf of the parties. (Doc. 36). On September 30, 2008, the court issued an order noting that the deadline for filing the joint report had passed, and that plaintiff had neither signed the report submitted by defendant's counsel nor otherwise indicated that he joined in its submission. The order directed plaintiff to show cause why this case should not be dismissed for his failure to comply with the court's August 13, 2008 order. (Doc. 40). Plaintiff has responded, indicating his belief that the report was not due until October 2, 2008 due to the additional time provided by Rule 6 of the Federal Rules of Civil Procedure. (Doc. 47, ¶ 6). He has also filed his own separate Rule 26 report. (Doc. 48).

Plaintiff's computation of time is incorrect.  The joint report was due no later than September 26, 2008.[1]  Furthermore, the filing of separate reports by the parties is unacceptable and does not comply with the court's August 13, 2008 order.

Accordingly, it is ORDERED:

1.  The parties' Rule 26(f) reports (docs.  36, 48) are REJECTED.

2.  Within **ten (10) days** of the date of this order, plaintiff shall initiate arrangements with defendant's counsel for the preparation and filing of a **joint** report.  Plaintiff is responsible for drafting the report.  However, if defendant's counsel extends the courtesy of offering to draft the report (since he already has an existing draft in his computer database), plaintiff may avail himself of that courtesy.  If plaintiff does so, he must cooperate fully in ensuring that the joint report is completed and signed by the deadline imposed below.

3.  The parties shall file a joint report as outlined above and in this court's August 13, 2008 order by **November 18, 2008.  The court will entertain no extensions of time and no excuses.**

4.  If either party fails to cooperate or fails to comply with this order as instructed, the court will impose sanctions, which may include a recommendation of dismissal of this action.

DONE AND ORDERED this 20th day of October, 2008.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The additional days provided in Rule 6(d) of the Federal Rules of Civil Procedure apply only when a party is directed to act within a specified time **after service**.  The August 13, 2008 directed the parties to confer within thirty days **from the date of the order** and to file their joint report **within 14 days thereafter**.

*Case No: 3:08cv154/MCR/MD*