IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JAMES EARL HAWTHORNE,**
    Plaintiff,

vs.                                              CASE NO.:  3:08cv154/MCR/MD

**BAPTIST HOSPITAL, INC.,**
    Defendant.
_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on October 23, 2008, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to take judicial notice (doc. 14) is GRANTED.

3. Defendant's motion to dismiss and/or to strike (doc. 13) is GRANTED in part as follows, and DENIED in all other respects:

    a. Plaintiff's state-law claims under the Florida Civil Rights Act are DISMISSED with prejudice.

    b. Plaintiff's claims of retaliation stemming from his alleged speaking out on behalf of patients who purportedly were being abused by defendant's employees and plaintiff's counseling and assisting members of deceased patients' families concerning filing complaints and lawsuits against defendant are DISMISSED with prejudice.

    c. Plaintiff's claim under the Americans with Disabilities Act is DISMISSED.

    d. Plaintiff's claim asserted under the EEOC Compliance Manual is DISMISSED.

  e.  Plaintiff's hostile work environment claim is DISMISSED.

  f.  Paragraph III.B. of the complaint is STRICKEN.

  g.  The photocopy of the newspaper article attached to the complaint is STRICKEN.

 4.  Plaintiff's motion to amend (doc. 38) is DENIED without prejudice, and the proposed amended complaint (doc. 39) does not take effect.

 5.   That the matter be referred to the magistrate judge for further proceedings.

 **DONE AND ORDERED this 24th day of November, 2008.**

        *s/ M. Casey Rodgers*
        **M. CASEY RODGERS**
        **UNITED STATES DISTRICT JUDGE**