# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JAMES EARL HAWTHORNE

    vs                    Case No. 3:08cv154/MCR/MD

BAPTIST HOSPITAL INC

## O R D E R

**"AFFIDAVIT OF JAMES HAWTHORNE", (electronically filed 7/13/2009, doc.97)**, was referred to the undersigned with the following deficiencies:

>  The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

> The document does not have an original signature or proper electronic signature. See Fed. R. Civ. P. 11(a); N.D.Fla. Loc. R. 5.1(B)(5).

> Your document is not properly captioned for this court. Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading. The body of your pleading should state the nature of your request and what you want the court to do for you.

For these reasons, IT IS ORDERED that:

> The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document.

**DONE and ORDERED** this 13th day of July, 2009.

                                               *s/ M. Casey Rodgers*
                                               **M. CASEY RODGERS**
                                               **UNITED STATES DISTRICT JUDGE**